1

2

3

4

5                                                              *E-FILED - 5/13/08*

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9

10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                                      SAN JOSE DIVISION

12

13    CARLOS ORTIZ,                                    C 06-5368 RMW (PR)

14              Petitioner,                            **JUDGMENT**

15       v.

16    ROBERT AYERS, Warden,

17              Respondent.
      _____/

18

19         The court has denied the instant petition for a writ of habeas corpus on the merits.  Therefore,

20    judgment is entered in favor of respondent.  Petitioner shall take nothing by way of his petition.  The

21    clerk shall close the file.

22         **IT IS SO ORDERED.**

23    DATED:      5/9/08

24                                                     _____
                                                       RONALD M. WHYTE
25                                                     United States District Judge

26

27

28

Judgment
G:\Pro-se\sj.rmw\hc.06\Ortiz368.jud.md

**United States District Court**
For the Northern District of California