***E-FILED - 10/16/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ORTIZ,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT AYERS, Warden,<br><br>    Respondent. | C 06-5368 RMW (PR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY AS UNNECESSARY; GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Docket no. 11) |

In an order dated May 13, 2008, the court denied petitioner's federal habeas corpus petition challenging the denial of parole by the California Board of Prison Terms. Judgment was entered on that same date. Petitioner has filed a notice of appeal, which the court construes as a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner also moves for leave to proceed in forma pauperis (docket no. 11) on appeal.

Petitioner's request for a certificate of appealability is DENIED as unnecessary. The Ninth Circuit has made clear that a state prisoner challenging the Board of Prison Terms' administrative decision to deny a request for parole need not obtain a certificate of appealability. See Rosas v Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

Good cause appearing, petitioner's request for leave to proceed in forma pauperis on appeal is GRANTED. (Docket no. 11.)

1     The clerk of the court shall process the notice of appeal.

2     IT IS SO ORDERED.

3 DATED: 10/15/08

4                                        RONALD M. WHYTE
                                        United States District Judge